**Marvin Lee Miller**  April 17, 2007
Reg. No. 14079-112
F.C.I. - Lompoc
3600 Guard Road
Lompoc, CA 93436


**United States District Court**
District of Delaware
John R. Mc Allister Jr., District clerk
844 King St.
Lockbox 18
Wilmington, DE 19801


Re:   Case No. 1:99CR00019-002

Dear Clerk of the Court:

At your earliest convience please mail to my attention at the address stated above.

A complete copy of the Master Docket/Minutes of the above aforemention case.

Thank you for your time and consdieration in this matter.

Sincerely,

_____
Marvin Lee Miller



cc:file

Marvin Lee Miller
Reg. No. 14079-112
Federal Correciton Institution
3600 Guard Road
Lompoc, CA 93436

SANTA BARBARA CA 931 1 T
17 APR 2007 PM

19801+3570

United States District Court
District of Delaware
John R. Mc Allister Jr., Disttict clerk
844 King St.
Lockbox 18
Wilmington, DE 19801