OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

April 24, 2007

TO: Marvin Miller
    14079-112
    Federal Correctional Center
    3600 Guard Road
    Lompoc, CA 93436

   **RE:** *Request for Copy of Docket,* **CR 99-19(SLR)**

Dear Mr. Miller:

   A letter has been received by the Clerk's office from you requesting a copy of the docket from the above noted criminal action.

   Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. ***A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future***, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

   Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                       Sincerely,

/ead                    PETER T. DALLEO
                              CLERK

cc: The Honorable Sue L. Robinson
enc: Docket Sheet