MARVIN LEE MILLER
REG NO 14079 112
F.C.I.- LOMPOC
3600 GUARD ROAD
LOMPOC, CA 93436

MAY 7TH, 2007

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
LOCKBOX 18
844 KING STREET
WILMINGTON, DELAWARE 19801



BD scanned

Re: Certificate of Service Corrections, Case No. 99-19-SLR:

Dear Clerk of the Court:

Thank you for your letter dated May 4th, 2007 in responce to my request for the address to the U.S. Attorney's Office in Delaware.

April 13, 2007 your office filed my Petition for Writ of Error Coram Nobis. At that time I submitted an alternate address to the U.S. Attorney's office. Due to outdated address books here at the law library in the Federal Correction Institution of Lompoc, California.

Please accept my new certificate of service.

Thank you for your time and consideration in this matter.

Sincerely,

Marvin Lee Miller