CERTIFICATE OF SERVICE

I, **MARVIN LEE MILLER**           , hereby certify that I have served a

true and correct copy of the following documents(s):
**PETITION FOR WRIT OF ERROR CORAM NOBIS**

which is deemed filed at the time it was delivered to the prison

authorities for forwarding, SEE HOUSTON vs. LACK, 487 U.S. 266, 101

L.Ed.2d 245 (1988), to the **CLERK OF THE COURT**   , and his/her attorney

of record, by placing the above mentioned document(s) in a sealed,

prepaid postage envelope addressed to:

**OFFICE OF THE CLERK**                      **U.S. ATTORNEY'S OFFICE-DELAWARE**
**UNITED STATES DISTRICT COURT**             **1007 NORTH ORANGE STREET**
**DISTRICT OF DELAWARE**                     **SUITE 700**
**LOCKBOX 18**                               **P.O. BOX 2046**
**844 KING STREE**                           **WILMINGTON, DE 19899-2046**
**WILMINGTON, DELAWARE 19801**

and deposited in the same in the United States Postal Mail, at the

United States Federal Correctional Institution, located at Lompoc,

California, on this   7   day of .May           , 200**7**  .

    I declare under penalty of perjury that the foregoing is true and

correct, (28 U.S.C. § 1746).

    Executed on this    7    day of   **May**           , 200**7**  .

Name:**MARVIN LEE MILLER**
Registration Number:**14079-112**
Federal Correctional Institution
3600 Guard Road
Lompoc, CA 93436-2705

(CERTIFICATE OF SERVICE)

1 | Marvin Lee Miller
  | BOP#14079-112
2 | FCI-LOMPOC
  | 3600 Guard Road
3 | Lompoc, CA 93436

4 | Petitioner Pro Se

5 |

6 |

7 |                    IN THE UNITED STATES DISTRICT COURT

8 |                        FOR THE DISTRICT OF DELAWARE

9 |

10 | UNITED STATES OF AMERICA,    )          CASE NO. 99-19-SLR
   |                             )
11 |          Plaintiff,         )     PETITION FOR WRIT OF ERROR
   | vs.                         )          CORAM NOBIS
12 | MARVIN LEE MILLER,          )
   |                             )        (28 U.S.C. § 1651(a))
13 |          Defendant.         )

14 |

15 |    COMES NOW, Marvin Lee Miller, petitioner in the above

16 | entitled cause, who moves this Honorable Court to grant his

17 | petition and set aside and vacate the Judgement and Conviction

18 | previously imposed. Jurisdiction is found under Title 28 U.S.C.

19 | § 1651(a), U.S. v. Morgan 346 U.S. 502, 511, (1954), Custis

20 | v. U.S. 511 U.S. 485, (1984).

21 | //////

22 | /////

23 | ////

24 | ///.

25 | //

26 | /

27 |

28 |              (PETITION FOR WRIT OF ERROR CORAM NOBIS PAGE ONE)

FILED

MAY 1 4 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## STATEMENT OF FACTS

Petitioner was sentenced on July 20th, 1999, in the District of Delaware, to a term of imprisonment of 8 months, for the crime of Conspiracy to commit money laundering, a violation of Title 18 U.S.C. § 1956(h). Petitioner has since served the entire sentence and has been released from the probation as well. Petitioners probation expired in October 11th, 2003. Petitioners federal sentence was enhanced for a prior California state conviction. On February 7th, 2007, the California conviction was set-aside and vacated. See Exhibit "A".

## ARGUMENT

Petitioners federal sentence is invalid. In the case of Custis v. U.S. 511 U.S. 485, 497, the Supreme Court has stated in relevance:

> "...If Custis is successful in attacking these
> state sentences, he may then apply for reopening
> of any federal sentence enhanced by the state
> convictions..."

For the petitioner to ask for a reduction of a completely finished term of imprisonment would be simply ridiculous and without merit. The only solution is to vacate this judgement, which this Honorable Court has jurisdiction to do. In the case of U.S. v. Morgan 346 U.S. 502, (1954), the Supreme Court had ruled and held:

///

//

/

(PETITION FOR WRIT OF ERROR CORAM NOBIS PAGE TWO)

1    "Held: Under the all writs act section, 28 USC § 1651(a),

2  the federal district court had power to issue a writ of error

3  coram nobis; it had power to vacate its judgement of conviction

4  and sentence; and respondent is entitled to an opportunity to

5  show that his federal conviction was invalid. Pp. 503-513."

6  This Honorable Court has jurisdiction, and petitioners writ

7  of error is not untimely.

8    As this Honorable Court can see, the previous conviciton

9  imposed in this court, 1/11/2000, was deemed by the Supreme

10  Court in Cistis, as that of one that can be reopened. Because

11  the California state conviction has been set aside and vacated,

12  this court is faced with a decision of whether to vacate its

13  previous judgement, or violate petitioners substantial Due

14  Process of Law that are guaranteed to him by the United States

15  Constitution. See US Const. 6th Amend..

16    Petitioner, upon completion of this invalid conviction,

17  had no reason to pursue this relief until he was finally

18  accused and convicted in this current case he is now serving,

19  which is on Habeas Corpus review. The case at hand, however,

20  was used as an enhancement on petitioners pending conviction.

21    This Honorable Court should reopen this federal case,

22  vacate and set-aside the judgement and conviction, because the

23  only fair relief available to petitioner, is to have his 6th

24  amendment rights preserved.

25    For the government to claim prejudice would be frivolous

26  and without merit, due to the fact that any claim of

27  destruction of evidence, loss of witnesses, or failure of

28    (PETITION FOR WRIT OF ERROR CORAM NOBIS PAGE THREE)

witnesses memory or any other issues of this case, not because of the outcome of the writ, but because the holding of Custis grants the <u>rights</u> to petitioners to reopen their federal cases after vacating prior state convictions used for enhancements.

As this Honorable Court can conclude on its own, petitioners conviction of January 11th, 2000, is no longer a constitutionally valid federal conviction, and requires vacating and setting aside, and deemed void and of no effect.

### RELIEF REQUESTED

Petitioner moves this Honorable Court to find favor in his writ. He further requests that his conviction of January 11th, 2000, be set aside and vacated due to his 6th amendment rights being undoubtedly violated by this unconstitutionally invalid conviction. Petitioners substantial 6th amendment rights have been violated by this conviction.

This writ is respectfully submitted on the 9th day of April 2007.



Marvin Lee Miller
Petitioner Pro Se

I, Marvin Lee Miller, do hereby declare under penalty of perjury, and Title 28 USC § 1746, that the foregoing is true and correct to the best of my knowledge.

Marvin Lee Miller
Petitioner Pro Se

(PETITION FOR WRIT OF ERROR CORAM NOBIS PAGE FOUR/FINAL)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

EXHIBIT "A"

NO. 94CM0812

DEFENDANT · Miller, Marvin                                    PAGE

| | |
|---|---|
| 12/26/06 | Petition for Relief Under Penal Code §§ 1203.4/1203.4a filed/received in the clerks office. ~~Filing receipt number:~~ _____ or Defendant's Financial ~~Statement and Proof of Service filed.~~ 1/08/07 _____ T. Schaeffer  TRS |
| | ~~Petition for Relief Under Penal Code §§ 1203.4/1203.4a forwarded to Department C-47 for further review.~~  T. Schaeffer |
| 2/7/07 | Petition and Order under PC 1203.4/1203.4a granted, signed, and filed. Court has read and considered defendant's Financial Declaration Court finds defendant does not have the ability to pay the reimbursement cost associated with the Petition for Relief under Penal Code section 1203.4/1203.4a.  K. Menninger  TIFFANY WILLOUGHBY |

I hereby certify the foregoing instrument consisting of 2 page(s)
is a true and correct copy of the original on file in this court.

FEB 2 3 2007

ATTEST: (DATE) _____
ALAN SLATER, EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____ DEPUTY
TAMSIN SCHAEFFER

MARVIN LEE MILLER
REG. NO 14079 112
FEDERAL CORRECTION INSTITUTION
3600 GUARD ROAD
LOMPOC, CALIFORNIA 93436

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
LOCKBOX 18
844 KING STREET
WILMINGTON, DELAWARE 19801