REDACTED

United States District Court
District of Delaware
John R. Allister Jr., District Clerk
844 King St.
Wilmington, DE 19801

Marvin Lee Miller
#14079-112
United States Penitentiary
3901 Klein Blvd
Lompoc, CA 93436



FILED
JAN 7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Re: Case no. 1:99CR00019-002
     U.S.A. vs. Marvin Miller:

Dear Clerk of the Court

In early 2007 I filed a Motion for "Coram Nobis". I would like to know the current status of Motion to be approved. Or if their is any other requirment needed for this motion to be heard.

Please let me know, Thank you for your time and consideration in this matter. If you have any question's, please do not hesitate to contact me.

Sincerely

Marvin Lee Miller
SS# _____ 1093
D.O.B. _____ 1972



Marvin Lee Miller
#14079-112
United States Penitentiary
3901 Klein Blvd
Lompoc, CA 93436

SANTA BARBARA CA 931
03 JAN 2008 PM 3 L

United States District
District of Delaware
John R. McAllister Jr., District Clerk
844 King St
Lockbox 18
Wilmington, DE 19801