IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Crim. No. 99-19-2-SLR |
| | ) |
| MARVIN LEE MILLER, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 16th day of January, 2008,

IT IS ORDERED that plaintiff shall file a response to defendant's petition for writ of error coram nobis (D.I. 77, 83) by **February 1, 2008**. Defendant may file a reply by **March 18, 2008**.

_____
United States District Judge