IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 99-19-2-SLR |
| | ) | |
| MARVIN LEE MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Richard G. Andrews as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Keith M. Rosen.

                    COLM F. CONNOLLY
                    United States Attorney


             By: /s/ Keith M. Rosen
                 Keith M. Rosen
                 Assistant United States Attorney
                 Nemours Building, #700
                 P.O. Box 2046
                 Wilmington, Delaware 19899-2046
                 keith.rosen@usdoj.gov

Dated: January 28, 2008

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 99-19-2-SLR |
| ) | |
| MARVIN LEE MILLER ) | |

I, Sharon Bernardo, employee with the United States Attorney's Office, hereby certify that on January 28, 2008, I electronically filed the **NOTICE OF SUBSTITUTION OF COUNSEL** with the Clerk of the Court using the CM/ECF and by causing two copies of said document to be placed in a postage prepaid envelope, placed in the United States mail, addressed to pro se defendant as follows:

> Marvin Lee Miller
> Reg. No. 14079-112
> United States Penitentiary
> 3901 Klein Boulevard
> Lompoc, CA  93436

*/s/ Sharon L. Bernardo*