1  Marvin Lee Miller
   BOP# 14079-112
2  FCI Lompoc
   3600 Guard Road
3  Lompoc, CA 93436

4  Petitioner Pro Se

5              **IN THE UNITED STATES DISTRICT COURT**

6          **FOR THE DISTRICT OF DELAWARE**   *99 CR 19 SLR*

7  UNITED STATES OF AMERICA    )   Case No. ~~99-10-~~002-SLR
                               )
8              Plaintiff,      )   **OPPOSITION TO RESPONSE OF**
                               )   **UNITED STATES TO PETITION**
9  v.                          )   **FOR WRIT OF ERROR CORAM NOBIS**
                               )
10 MARVIN LEE MILLER           )
                               )
11             Defendant.      )
                               )
12 _____    )

13      **COMES NOW**, Marvin Lee Miller, Pro Se Petitioner, and

14 respectfully submits the following Opposition To Response of

15 United States to Petition For Writ of Error Coram Nobis. For the

16 reasons set forth below, the response of the United States to

17 Petition for Writ of Error Coram Nobis should be denied.

18

19                          **BACKGROUND**

20      On or about October 01, 1998 a police officer from the

21 Costa Mesa, California Police Department and a Federal

22 Government Official went to Alameda Market at 122 S. Hewes St.,

23 Orange, CA 92869. Requesting copies of receipts for Western

24 Union Customers, No subpoena was ever produced to Marvin Lee

25 Miller for the request of Western Union receipts. Marvin Lee

26 Miller cooperated with the Federal and State agency request,

27 and provided receipts to the government officials. During the

28 period of providing the documents, Marvin Lee Miller was

                          -1-
   OPPOSITION TO RESPONSE OF UNITED STATES TO PETITION FOR WRIT OF
                    ERROR CORAM NOBIS

1  questioned .by the Federal Government officials, and asked to

2  provide any and all information as to the business of a "Dean

3  Garone", (co-defendant). Marvin Lee Miller had stated that

4  "Dean Garone is a customer that usually uses the Western Union

5  services". Also Marvin Lee Miller had stated to the government

6  officials that Mr. Garone was a customer at Alameda Market

7  before he started to work there.

8      At that time the government had stated to defendant Marvin

9  Lee Miller, "that if you don't tell us what is going on we will

10  prosecute you also". At that time Marvin Lee Miller told the

11  government that Mr. Dean Garone was a customer that uses the

12  Western Union services at Alameda Market. The government had

13  responded and said to Marivn Lee Miller, "Dean Garone is your

14  friend and that the Alameda Market is designed to do illegal

15  activities for Dean Garone". Marvin Lee Miller had responded by

16  saying "No, this is a family owned business and our family has

17  owned it since 1974, Dean Garone was a customer here before

18  Marvin Lee Miller worked there".

19      Marvin Lee Miller did not know the difference between

20  State, Federal, Local Police, Highway Patorl, Sheriff's Dept.,

21  and Indictment, United States Attorney, Public Defender, Case

22  numbers, Court houses, basicly the whole legal system of the

23  United States.

24      The government choose to charge Marvin Lee Miller with a

25  broad charge. "Conspiracy to Money Launder". The government had

26  choose to Coerse Marivn Lee Miller in pleading guilty, or face

27  up to 20 years in prison. With this said Marvin Lee Miller

28  obtained attorney Michael McDonnell to represent him in this

-2-

OPPOSITION TO RESPONSE OF UNITED STATES TO PETITION FOR WRIT OF
ERROR CORAM NOBIS

1  matter, and pleaded guilty by the advice of counsel.

3  **ARGUMENT**

4      The defendant Marvin Lee Miller, has filed a petition for

5  writ of error coram nobis, 28 U.S.C. §1651(a). He claims in this

6  petition that his federal sentence is invalid because it was

7  based on a prior California State conviction that has "been set

8  aside and vacated". This California conviction that has been

9  set aside and vacated was also used to coerse Marvin Lee Miller

10 in pleading guilty. On page 8, itme no. 34 through 38 of the

11 Presentence Report says ...**All police documentation regarding**

12 **this offense has been purged"**. The state conviction should have

13 not been used to enhance defendants criminal history points and

14 to coerse defendant to plead guilty. The PSI reads as follows:

15 Adult Criminal Convictions

| Date of Arrest | Conviction/Court | Date Sentence Imposed/Dispositon | Guideline | Pnt |
|---|---|---|---|---|
| 34. 9/5/94 | Spousal abuse; Central Orange County Municipal Court; #94CM8127 | On April 6, 1995, Pled guilty and sentenced to 120 days in custody suspended for 36 months probation, with special conditions to include no violent contact with the wife and complete domestic violence counseling. On November 15, 1996 a violation of probation hearing was revoked, then reinstated to include 20 days of community service. | 4A1.1(c) | 1 |

35.    The defendant waived his right to counsel. All police documentation
regarding this offense **has been purged**

---

-3-
OPPOSITION TO RESPONSE OF UNITED STATES TO PETITION FOR WRIT OF
ERROR CORAM NOBIS

<u>Criminal History Computation</u>

36.   The criminal conviction above results in a subtotal criminal history score of **1**.

37.   At the time the instant offense was committed, the defendant was on probation. Pursuant to U.S.S.G. §4A1.1(d), **two** points are added.

38.   The total of the criminal history points is **three**. According to the sentencing table U.S.S.G. Chapter 5, Part A, three criminal history points establish a Criminal History Category of II.

On April 6, 1998 the defendants state probation expired. Marvin Lee Miller didn't work at Alameda Market between the years of 1995 through 1997. See Exhibit A from the PSI of Case no. SA-05-34. Marvin Lee Miller was arrested in 1998. This conspiracy to money launder charge that Marvin Lee Miller was charged for, happen during the years of 1995 through 1997.

It wasn't until being at the halfway house for 8 months were I meet two income tax preparers, from two diffrent nationalities. I choose never to be racial, and to get along with everybody. Doing so I was tricked by a man who said he was an income tax preparer, thus leading to my second conviction of Conspiracy to Money Launder. The tax preparer lied, the checks were simply stolen from the United States Post Office. I caught a new case by being at that halfway house, (70 months) and a possible life sentence for anything future that conspiracy brings. I have no tatoos, and I am not part of any gangs. I am a husband with a family of (4) daughters. When I was approached by the government as to explanation of Dean Garone, I was not a player in the conspiracy. The government choose to indict because I would not lie. Between my layer, me and the government. I couldn't admit to something I didn't know. Putting words in my mouth.

-4-

1    This has gone too far. The U.S. Attorneys vindictive

2   proacution on Marvin Lee Miller has harmed him for life. I was

3   a store clerk running a small family business.  Now Im faced

4   with my (2) second conspiracy to money launder charge. I am in

5   my late 35 years of age. I am afraid that the government could

6   charge me with my third conspiracy to money launder. And convict

7   me to life in prison At no time did I know my co-defendant Dean

8   Garone was involved in drugs. I was a storekeeper. My (2) two

9   older brothers had passed away and my mom and dad were strained

10  with a small family businee.

11    The governments miscarrage of justice, has casue a

12  whirlwind effect on Marvin Lee Miller, unrepairable. The

13  defendant Marvin Lee Miller continues to be caused unrepairable

14  collateral civil disabilities caused by this unjust judgment.

15  The conviction was tainted by the admission of a prior

16  conviction.

17    Writ of coram nobis provides remedy for those suffering

18  from lingering collateral consequences of unconstitutional or

19  unlawful conviction based on errors of fact and egregious legal

20  errors. United States v Mandel 862, F.2d 1067 (4th Cir 1998)

21  Telink, Inc v. United States 24 F3d 42, 45 (9th Cir 1994)

22  Rewak v. U.S. 512 F2.d 1184, 1185 (9th Cir. 1975)

23

24

25

26

27

28

-5-

**RELIEF REQUESTED**

Petitioner moves this Honorable Court to find in favor his writ. He further request that his conviction of January 11, 2000 be set aside and vacated due to his 6th amendment rights being undoubtedly violated by this unconstitutionally invalid conviction. Petitioners substantial 6th amendment rights have been violated by this conviction. This writ is respectfully submitted on the 14th day of March 2008.

Marvin Lee Miller
Petitioner Pro Se

I, Marvin Lee Miller, do hereby declare under penalty of perjury, and Title 28 U.S.C § 1746, that the foregoing is true and correct to the best of my knowledge. Executed March 14, 2008.

Marvin Lee Miller
Petitioner Pro Se

-6-

186.   Upon release from custody, Miller intends to continue running the family business.

187.   According to Social Security records, Miller has earned the following wages from the following employers:

| Year | Employer | Wages |
|------|----------|-------|
| 1994 | Continental Currency | $ 5,712 |
| 1994 | Abigail Abbot Personnel | $    20.80 |
| 1997 | Self-Employment | $15,510 |
| 1998 | Self-Employment | $17,577 |
| 2000 | Robert L & America Miller | $ 3,990.50 |
| 2001 | Robert L & America Miller | $16,566.25 |
| 2002 | Alameda Services | $15,750 |
| 2003 | Alameda Services | $21,420.00 |
| 2004 | Alameda Services | S20,800 |

**Military Service**

188.   None.

**Financial Condition: Ability to Pay**

189.   The attached financial statements, signed by Miller, reflect the following assets, income and liabilities:

**Assets:**

| | |
|---|---|
| Cash | $    0 |
| Unencumbered Assets | $    0 |
| Equity in property | $  585,000 |
| Total Assets: | $  585,000 |

**Unsecured Debts:**        $   45,000

**Net Worth:**        $<540,000 >

29

*Ex A*

## CERTIFICATE OF SERVICE

I, Freddie Lee Fox, hereby certify that I have served a true and correct copy of the following document(s) entitled;

**OPPOSITION TO RESPONSE OF UNITED STATES TO PETITION FOR WRIT OF ERROR CORAM NOBIS**

[which is considered filed/served at the moment it was delivered to prison authorities for mailing as provided for in <u>Houston v. Lack</u>, 487, U.S. 266, 101 L.Ed.2d 245 (1988)] to the following listed parties/persons by placing the above described materials in a sealed envelope affixed with the appropriate pre-paid first class United States postage to:

```
OFFICE OF THE CLERK            KEITH M. ROSEN
UNITED STATES DISTRICT COURT   U.S. ATTORNEY'S OFFICE
DISTRICT OF DELAWARE           1007 NORTH ORANGE STREET
LOCKBOX 18                     SUITE 2046
844 KING STREET                WILMINGTON, DE 19899-2046
WILMINGTON, DELAWARE 19801
```

and deposited same with the prison authorities acting as agents for the United States Postal Service here at the Federal Correctional Institution (Low) in Lompoc, California, on this _14_ day of _March_ ,2008.

**PURSUANT TO TITLE 28, UNITED STATES CODE SECTION 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON THIS THE _14_ DAY OF _March_ ,2008.**

Freddie Lee Fox

CERTIFICATE OF SERVICE

: MILLER

)RRECTIONAL INSTITUTION
) ROAD
\ 93436

SANTA BARBARA
CA 931
14 MAR 2008 PM 2 T



MARY CASSATT USA 37



4099917237394



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE
LOCKBOX 18
844 KING STREET
WILMINGTON, DELAWARE 19801

19801+3513