IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Crim. No. 99-19-002-SLR |
| MARVIN LEE MILLER, | ) ) ) | |
| Defendant. | ) | |

# ORDER

At Wilmington this 9th day of June, 2008, consistent with the memorandum opinion issued this same date:

IT IS ORDERED that defendant's petition for Writ of Error Coram Nobis is dismissed and the relief sought therein is denied.

_____
United States District Judge